**Entered on Docket
December 22, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Michael R. Brooks, Esq.
Nevada Bar No. 7287
Rebecca P. Kern, Esq.
Nevada Bar No. 9079
BROOKS BAUER LLP
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
(702) 851-1191
Attorneys for *Wilshire Credit Corporation as servicer for Citibank N.A. as Trustee for the MLM1 Trust Series 2006-HE5*

Electronically lodged *December 9, 2009*

## UNTIED STATES BANKRUPTCY COURT

## DISTRICTOF NEVADA

| | |
|---|---|
| In re<br><br>MARGIE HOOD aka MARGIE PEARSON,<br><br>         Debtor. | Case No. 09-27335-LBR<br>Chapter   13<br><br>Date:  November 12, 2009<br>Time: 10:30 a.m. |

### ORDER TERMINATING THE AUTOMATIC STAY

The Motion for Relief having been properly served, with no opposition filed herein, and the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is hereby terminated as to the Debtor and the Trustee in favor of Secured Creditor, *Wilshire Credit Corporation as servicer for Citibank N.A. as Trustee for the MLM1 Trust Series 2006-HE5,* as it pertains to the following property generally described as:

P:\Bankruptcy Forms\Hood Order Terminating Stay.doc

4325 Topaz Street, Las Vegas, Nevada 89121.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Secured Creditor shall provide to Debtor a minimum of five (5) days Notice of the date, time and place of sale.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the secured claim filed by Secured Creditor is deemed to be withdrawn, and Secured Creditor may file an amended Proof of Claim for any deficiency remaining after disposition of the property.

Submitted by:

BROOKS BAUER LLP


*/s/Michael R. Brooks, Esq.*
Michael R. Brooks, Esq., #7287
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
Attorneys for Secured Creditor


**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

   ___   The court waived the requirements of LR 9021.

   ___   no parties appeared or filed written objections, and there is no trustee appointed in the case

   _X_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

   _X_   Failed to respond

RICK A. YARNALL
701 BRIDGER AVE., #820
LAS VEGAS, NEVADA 89101


BROOKS BAUER LLP

*/s/Jill M. Sallade*
*An Employee of Brooks Bauer LLP*